**Trung D. Tu, OSB No. 004100**
Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

    Of Attorneys for Defendant City of Portland

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DAMESHA SMITH,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CITY OF PORTLAND, a municipal corporation, Portland Police Bureau ("PPB") Police Officers ("P.O.") JOHN DOES 1 through 5 (the names John Doe being fictitious, as the true names and shield numbers are not presently known), in their individual capacities,**<br><br>    **Defendants.** | 3:22-cv-00927-SI<br><br>**DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |

    **NOTICE IS HERBY GIVEN**, pursuant to Local Rule 83-9, that Trung D. Tu, Deputy City Attorney, hereby appears as the attorney of record for Defendant City of Portland in the above-referenced matter, and that he plans to file either an answer or a motion in response to Plaintiff's Complaint.

DATED:  October 6, 2022.        PORTLAND CITY ATTORNEY'S OFFICE

                                                      By: */s/ Trung D. Tu*
                                                             Trung D. Tu, OSB No. 004100
                                                              Deputy City Attorney
                                                              Email: trung.tu@portlandoregon.gov
                                                               Telephone: (503) 823-3057
                                          Of Attorneys for Defendant City of Portland

Page  1  – DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I served a true and correct copy of the foregoing **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** on the interested parties in this action as follows:

| | |
|---|---|
| Jane L. Moisan<br>PEOPLE'S LAW PROJECT<br>818 S.W. 3rd Avenue #22 l-3789<br>Portland, OR 97204<br>Phone (971) 258-1292<br>E-mail: peopleslawproject@gmail.com | *Attorneys for Plaintiff* |
| Juan C. Chavez<br>Franz Bruggemeier<br>Oregon Justice Resource Center<br>PO Box 5248<br>Portland, OR 97208<br>Telephone: (503) 944-2270<br>Fax: (971) 275-1839<br>E-mail: jchavez@ojrc.info<br>E-mail: fbruggemeier@ojrc.info | *Attorneys for Plaintiff* |

☐ by **mail** in a sealed envelope, with postage fully prepaid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **facsimile transmission.**

☐ by **email.** Based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒ by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendant City of Portland