# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**DAMESHA SMITH**,

       Plaintiff,

    v.

**CITY OF PORTLAND**, **and JOHN DOES 1-5**,

       Defendants.

Case No. 3:22-cv-927-SI

**JUDGMENT**

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is TERMINATED.

DATED this 12th day of July, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT